UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DANIEL DIAS TENERIO,<br><br>             Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE, ABC CORP 1-10,<br>JOHN DOE 1-10,<br><br>             Defendants. | Civil Action No.: 3:24-cv-00363 (RK) (JBD)<br><br>**STIPULATION OF DISMISSAL WITH<br>PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice against Defendant Costco Wholesale Corporation. Each party shall bear its own costs and attorneys' fees.


By: *Kiran A. Freeman*
Kiran Freeman, Esq.
FREEMAN & PATEL, LLC
3840 Park Ave. #202A
Edison, NJ 08820
(732) 494-7900
kiran@freemanandpatel.com
*Attorneys for Plaintiff*
*Daniel-Dias-Tenorio*

Date: 05/26/2026


By: _____
Joseph M. Vento, Esq.
SEYFARTH SHAW, LLP
620 8th Avenue
New York, NY 10018
(212) 218-5548
Jvento@seyfarth.com
*Attorneys for Defendant*
*Costco Wholesale Corporation*

Date: 5/27/2026