# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DANIEL DIAS TENERIO,<br><br>       Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE, ABC CORP 1-10,<br>JOHN DOE 1-10,<br><br>       Defendants. | Civil Action No.: 3:24-cv-00363 (RK) (JBD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice against Defendant Costco Wholesale Corporation. Each party shall bear its own costs and attorneys' fees.

By: *Kiran A. Freeman*
Kiran Freeman, Esq.
FREEMAN & PATEL, LLC
3840 Park Ave. #202A
Edison, NJ 08820
(732) 494-7900
kiran@freemanandpatel.com
*Attorneys for Plaintiff*
*Daniel-Dias-Tenorio*

Date: 05/26/2026

By:
Joseph M. Vento, Esq.
SEYFARTH SHAW, LLP
620 8th Avenue
New York, NY 10018
(212) 218-5548
Jvento@seyfarth.com
*Attorneys for Defendant*
*Costco Wholesale Corporation*

Date: 5/27/2026

**It is further ordered that the Clerk of the court is to reopen this action and upon entry of this Order, the case and the docket shall be marked CLOSED.**

So ordered this 15th day of June, 2026.

Robert Kirsch, U.S.D.J.